**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **JERROD WILSON** | : | **DOCKET NO. 2:23-cv-01080** |
| D.O.C. # 1492339 | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **TONY MANCUSO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant suit be **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the pending Motion for Temporary Restraining Order (doc. 1) be **DENIED** as MOOT.

**THUS DONE AND SIGNED** in chambers this 26th day of January, 2024.

*JAMES D. CAIN, JR.*
**UNITED STATES DISTRICT JUDGE**